**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| IN RE: | : | Chapter 13 |
| Frederick Paul Mraz<br>aka Fred Paul Mraz<br>aka FPM Investments,LLC | : | Bky. No. 23-12132-AMC |
| | : | |

**Debtor(s)**

# ORDER DISMISSING CHAPTER 13 CASE

**WHEREAS**, the Debtor(s) has/have filed a Letter/Praecipe to Dismiss Case (which shall be treated as a Motion filed under 11 U.S.C. § 1307(b), Fed. R. Bankr. P. 1017(f) and 9013), requesting dismissal of this case and the court has considered the record, and finds that the case has not been converted previously under 11 U.S.C. § 706, 1112 or § 1208,

It is hereby **ORDERED** that any wage orders presently in effect are **VACATED** and this case is **DISMISSED**.

Date: August 3, 2023

**ASHELY M. CHAN**
**U.S. BANKRUPTCY JUDGE**